UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Doris Brinkley, | Case No. 04-cv-3074 (MJD/FLN) |
| Plaintiff, | |
| v. | ORDER |
| Wyeth, Inc. et al., | |
| Defendants. | |

In response to the Order dated June 4, 2012 [Doc. No. 7], the parties have notified the Court [Doc. Nos. 10 and 11] that they do not oppose transfer of this case to the Middle District of North Carolina, as Plaintiff was a resident of the State of North Carolina for the majority of the time she was prescribed and ingested the hormone replacement products at issue.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED** that this case is transferred to the United States District Court for the Middle District of North Carolina.

Dated:   July 13, 2012          s/ Michael J. Davis
                                Michael J. Davis
                                Chief Judge
                                United States District Court